United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ALLISON CUNNINGHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:25-CV-00067 |
| | § | |
| PALACIOS MARINE & INDUSTRIAL COATINGS, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (D.E. 20), the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on July 30, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE